DEFENDANT: Larry King
CASE NUMBER: 1:98CR00037-001

Edgar

FILED

2001 FEB 20 A 11:08

U.S. DISTRICT COURT
EASTERN DIST. TENN.

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __12__ month(s).

The term of imprisonment imposed by this judgment shall run consecutively to the defendant's imprisonment in Hamilton County, Tennessee Criminal Court Case #'s 202479, 202480 and 202481.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ a.m./p.m. on _____.
　☐ as notified by the United States Marshal.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____.
　☐ as notified by the United States Marshal.
　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I executed this judgment as follows:

_____
_____
_____

Defendant delivered on  1-11-07  to  USP McR
_____, _____, with a certified copy of this judgment.

_D.L. Stine_  Warden
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal